**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kevin S. Steckler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Dakota Gasification Company / | ) | |
| Basin Electric Power Cooperative | ) | |
| Long-Term Disability Plan; Life | ) | Case No. 1:07-cv-021 |
| Insurance Company of North | ) | |
| America, dba CIGNA Group | ) | |
| Insurance; Dakota Gasification | ) | |
| Company; and Basin Electric | ) | |
| Power Cooperative, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is a "Stipulation of Dismissal" filed on August 11, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 24) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court